UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDDREW SMITH, JR., )
    Plaintiff, )
 ) No. 1:10-cv-463
-v- )
 ) HONORABLE PAUL L. MALONEY
CITY OF NILES, )
    Defendant. )
_____ )

## JUDGMENT

Having granted Defendant City of Niles's motion for summary judgment and having dismissed all of Plaintiff Leddrew Smith's claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date: September 29, 2011         /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                      Chief, United States District Judge